**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **VAPEWILD WHOLESALE, LLC,** *ET AL.* | § | **CASE NO:  20-33048-sgj-7** |
| | § | *Substantively Consolidated* |
| **DEBTORS.** | § | **Chapter 7** |
| | § | |

## TRUSTEE'S INTERIM REPORT

The Trustee wishes to advise the Court, creditors, and parties in interest that the cases have been substantively consolidated, and the Trustee is awaiting tax returns.

Respectfully Submitted,

 */s/ Scott M. Seidel*
Scott M. Seidel

6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE