# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| **VAPEWILD WHOLESALE, LLC**, *et. al.* | § | **Case No. 3:20-BK-33048-sgj-7** |
| | § | *Substantively Consolidated Lead* |
| | § | |
| **Debtor** | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/15/2020. The undersigned trustee was appointed on 12/15/2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $669,949.65

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $146,131.19 |
   | Bank service fees | $11,251.18 |
   | Other Payments to creditors | $23,160.59 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | | |
   | Leaving a balance on hand of[1] | $489,406.69 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6.  The deadline for filing non-governmental claims in this case was <u>04/14/2021</u> and the deadline for filing government claims was <u>06/13/2021</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$36,747.48</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$36,747.48</u>, for a total compensation of <u>$36,747.48</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$1,932.11</u>, for total expenses of <u>$1,932.11</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>01/30/2024</u>                    By:   */s/ Scott M. Seidel*
                                                       Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    1                    Exhibit A

| Case No.: | 20-33048-SGJ | Trustee Name: | Scott M. Seidel |
|---|---|---|---|
| Case Name: | VAPEWILD WHOLESALE, LLC | Date Filed (f) or Converted (c): | 12/15/2020 (f) |
| For the Period Ending: | 1/30/2024 | §341(a) Meeting Date: | 01/13/2021 |
| | | Claims Bar Date: | 04/14/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Bank of America Checking 0219 | $28,603.45 | $28,603.45 | | $28,254.61 | FA |
| 2 | Bank of America Checking 0183 | $13,423.45 | $13,423.45 | | $13,423.45 | FA |
| 3 | GLP - Icon Owner Pool 1 Texas, LLC | $31,000.00 | $31,000.00 | | $0.00 | FA |
| **Asset Notes:** | Landlord retained deposit | | | | | |
| 4 | Accounts receivable | $7,171.01 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor deems unrecoverable | | | | | |
| 5 | Finished goods, including goods held for resale See attached 12/29/19 $99,305.43 Recent cost | $99,896.91 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Valuation is increased by the addition of VAPEWILD RETAIL OPERATIONS, LLC asset valued at $591.48  Asset imported into this case history to allow one Final Report including all assets, claims and banking pursuant to Order DN 51 | | | | | |
| 6 | Other inventory or supplies See attached 12/29/19 $207,372.18 Recent cost | $226,906.85 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Valuation is increased by the addition of VAPEWILD RETAIL OPERATIONS, LLC asset valued at $836.23  Valuation is increased by the addition of VAPEWILD, LLC asset valued at $18,698.44  Asset imported into this case history to allow one Final Report including all assets, claims and banking pursuant to Order DN 51 | | | | | |
| 7 | Office furniture See attached $6,287.08 Recent cost | $36,227.06 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Valuation is increased by the addition of VAPEWILD RETAIL OPERATIONS, LLC asset valued at $19,884.45  Valuation is increased by addition of VAPEWILD, LLC asset valued at $10,055.53  Asset imported into this case history to allow one Final Report including all assets, claims and banking pursuant to Order DN 51 | | | | | |
| 8 | Office fixtures See attached $274.44 Recent cost | $5,507.33 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Valuation is increased by the addition of VAPEWILD RETAIL OPERATIONS, LLC asset valued at $4,819.32  Valuation is increased by the addition of VAPEWILD, LLC asset valued at $413.57  Asset imported into this case history to allow one Final Report including all assets, claims and banking pursuant to Order DN 51 | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2    Exhibit A

| | |
|---|---|
| Case No.: | 20-33048-SGJ |
| Case Name: | VAPEWILD WHOLESALE, LLC |
| For the Period Ending: | 1/30/2024 |

| | |
|---|---|
| Trustee Name: | Scott M. Seidel |
| Date Filed (f) or Converted (c): | 12/15/2020 (f) |
| §341(a) Meeting Date: | 01/13/2021 |
| Claims Bar Date: | 04/14/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9 | Office equipment, including all computer equipment and communication systems equipment and software See attached $43,603.98 Recent cost | $118,089.71 | $0.00 | | $0.00 | FA |
| Asset Notes: | Valuation is increased by the addition of VAPEWILD, LLC asset $74,485.73 |||||
| | Asset imported into this case history to allow one Final Report including all assets, claims and banking pursuant to Order DN 51 |||||
| 10 | Other machinery, fixtures, and equipment (excluding farm machinery and equipment) See attached $102,762.77 Recent cost | $632,780.99 | $0.00 | | $336,401.31 | FA |
| Asset Notes: | Valuation is increased by the addition of VAPEWILD RETAIL OPERATIONS, LLC asset valued at $38,562.10 |||||
| | Valuation is increased by the addition of VAPEWILD, LLC asset of $491,456.12 |||||
| | Asset imported into this case history to allow one Final Report including all assets, claims and banking pursuant to Order DN 51 |||||
| 11 | Patents, copyrights, trademarks, and trade secrets See attached $14,224.33 Recent cost | $28,390.71 | $0.00 | | $0.00 | FA |
| Asset Notes: | Valuation is increased by the addition of VAPEWILD, LLC asset valued at $14,166.38 |||||
| | Asset imported into this case history to allow one Final Report including all assets, claims and banking pursuant to Order DN 51 |||||
| 12 | Internet domain names and websites www.vapewild.com | Unknown | $0.00 | | $0.00 | FA |
| 13 | Raw materials See attached 12/29/19 $55,980.93 Recent cost | $55,980.93 | $0.00 | | $0.00 | FA |
| 14 | Bank of America checking ending in 6971 for debtor Vapewild Franchiging, LLC | $1,000.00 | $1,000.00 | | $1,000.00 | FA |
| Asset Notes: | Pursuant to Court Order DN substantively consolidating all associated cases into this lead case |||||
| 15 | Bank of America Checking for debtor VapeWild, LLC ending in 1358 | $291,007.63 | $290,870.28 | | $290,870.28 | FA |
| 16 | VAPEWILD RETAIL OPERATIONS 20-33051 Bank of America checking 5618 | $0.00 | $0.00 | | $0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   3          Exhibit A

| | |
|---|---|
| **Case No.:** 20-33048-SGJ | **Trustee Name:** Scott M. Seidel |
| **Case Name:** VAPEWILD WHOLESALE, LLC | **Date Filed (f) or Converted (c):** 12/15/2020 (f) |
| **For the Period Ending:** 1/30/2024 | **§341(a) Meeting Date:** 01/13/2021 |
| | **Claims Bar Date:** 04/14/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Asset Notes:** | Asset imported into this case history to allow one Final Report including all assets, claims and banking pursuant to Order DN 51 | | | | | |
| **Ref. #** | | | | | | |
| 17 | VAPEWILD RETAIL OPERATIONS Bank of America 8486 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Asset imported into this case history to allow one Final Report including all assets, claims and banking pursuant to Order DN 51 | | | | | |
| 18 | VAPEWILD RETAIL OPERATIONS Bank of America checking 5940 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Asset imported into this case history to allow one Final Report including all assets, claims and banking pursuant to Order DN 51 | | | | | |
| 19 | VAPEWILD RETAIL OPERATIONS, LLC Bank of America checking 5940 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Asset imported into this case history to allow one Final Report including all assets, claims and banking pursuant to Order DN 51 | | | | | |
| 20 | VAPEWILD RETAIL OPERATIONS, LLC Bank of America checking 8389 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Asset imported into this case history to allow one Final Report including all assets, claims and banking pursuant to Order DN 51 | | | | | |
| 21 | VAPEWILD RETAIL OPERATIONS Bank of America checking 8376 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Asset imported into this case history to allow one Final Report including all assets, claims and banking pursuant to Order DN 51 | | | | | |
| 22 | VAPEWILD RETAIL OPERATIONS, LLC Bank of America checking 7174 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Asset imported into this case history to allow one Final Report including all assets, claims and banking pursuant to Order DN 51 | | | | | |
| 23 | VAPEWILD RETAIL OPERATIONS, LLC Bank of America checking 8198 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Asset imported into this case history to allow one Final Report including all assets, claims and banking pursuant to Order DN 51 | | | | | |
| 24 | VAPEWILD RETAIL OPERATIONS DEPOSIT RCB Lake Dow Pavilion, LLC | $1,200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Asset imported into this case history to allow one Final Report including all assets, claims and banking pursuant to Order DN 51 | | | | | |
| 25 | VAPEWILD RETAIL OPERATIONS, LLC DEPOSIT Charlotte County | $240.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Asset imported into this case history to allow one Final Report including all assets, claims and banking pursuant to Order DN 51 | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    4          Exhibit A

| Case No.: | 20-33048-SGJ | Trustee Name: | Scott M. Seidel |
|---|---|---|---|
| Case Name: | VAPEWILD WHOLESALE, LLC | Date Filed (f) or Converted (c): | 12/15/2020 (f) |
| For the Period Ending: | 1/30/2024 | §341(a) Meeting Date: | 01/13/2021 |
| | | Claims Bar Date: | 04/14/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26 | VAPEWILD RETAIL OPERATIONS, LLC DEPOSIT Isram Village Marketplace, LLC | $1,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Asset imported into this case history to allow one Final Report including all assets, claims and banking pursuant to Order DN 51 | | | | | |
| 27 | VAPEWILD RETAIL OPERATIONS, LLC DEPOSIT Midway Mills, LLC | $3,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Asset imported into this case history to allow one Final Report including all assets, claims and banking pursuant to Order DN 51 | | | | | |
| 28 | VAPEWILD FRANCHISING, LLC Bank of America checking 6974 | $1,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Asset imported into this case history to allow one Final Report including all assets, claims and banking pursuant to Order DN 51 | | | | | |
| 29 | VAPEWILD, LLC Bank of America checking 1358 | $291,007.63 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Asset imported into this case history to allow one Final Report including all assets, claims and banking pursuant to Order DN 51<br><br>This asset is a duplicate of asset entry 29<br><br>PLEASE VOID | | | | | |
| 30 | VAPEWILD, LLC deposit Luzzato Excell, LLC | $13,151.17 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Asset imported into this case history to allow one Final Report including all assets, claims and banking pursuant to Order DN 51 | | | | | |
| 31 | VAPEWILD, LLC deposit Luzzatto Excel, LLC | $38,756.33 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Asset imported into this case history to allow one Final Report including all assets, claims and banking pursuant to Order DN 51 | | | | | |

**TOTALS (Excluding unknown value)**

Gross Value of Remaining Assets

| | $1,925,341.16 | $364,897.18 | | $669,949.65 | $0.00 |
|---|---|---|---|---|---|

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    5            Exhibit A

| Case No.: | 20-33048-SGJ | | Trustee Name: | Scott M. Seidel |
| Case Name: | VAPEWILD WHOLESALE, LLC | | Date Filed (f) or Converted (c): | 12/15/2020 (f) |
| For the Period Ending: | 1/30/2024 | | §341(a) Meeting Date: | 01/13/2021 |
| | | | Claims Bar Date: | 04/14/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
|---|---|
| 10/31/2023 | TFR submitted |
| 12/29/2022 | working on claims and tax returns and TFR |
| 06/13/2022 | Further review of debtor transactions |
| 12/30/2021 | Trustee has accountant preparing estate tax returns for all substantively consolidated cases to close cases. |
| 12/20/2021 | Trustee is investigating and reviewing claims |
| 09/28/2021 | Five associated cases substantively consolidated into this lead case pursuant to Order DN 51.  All Filed claims, all funds collected and all assets listed on filed schedules are listed in this one main case as well as the individual cases. |

**Initial Projected Date Of Final Report (TFR):**    12/18/2022          **Current Projected Date Of Final Report (TFR):**    11/17/2023

/s/ SCOTT M. SEIDEL

SCOTT M. SEIDEL

Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 20-33048-SGJ | | | Trustee Name: | Scott M. Seidel |
|---|---|---|---|---|---|
| Case Name: | VAPEWILD WHOLESALE, LLC | | | Bank Name: | Allegiance Bank |
| Primary Taxpayer ID #: | **-***9064 | | | Checking Acct #: | ******2272 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 12/15/2020 | | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 1/30/2024 | | | Separate bond (if applicable): | $640,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/18/2020 | | VAPEWILD WHOLESALE | account funds turnover | | * | $41,678.06 | | $41,678.06 |
| | {2} | | account funds turnover | $13,423.45 | 1129-000 | | | $41,678.06 |
| | {1} | | account funds turnover | $28,254.61 | 1129-000 | | | $41,678.06 |
| 03/31/2021 | | Allegiance Bank | Service Charge | | 2600-000 | | $53.10 | $41,624.96 |
| 04/30/2021 | | Allegiance Bank | Service Charge | | 2600-000 | | $51.26 | $41,573.70 |
| 05/28/2021 | | Allegiance Bank | Service Charge | | 2600-000 | | $47.67 | $41,526.03 |
| 06/30/2021 | | Allegiance Bank | Service Charge | | 2600-000 | | $51.14 | $41,474.89 |
| 07/30/2021 | | Allegiance Bank | Service Charge | | 2600-000 | | $51.08 | $41,423.81 |
| 08/31/2021 | | Allegiance Bank | Service Charge | | 2600-000 | | $52.77 | $41,371.04 |
| 09/30/2021 | | Allegiance Bank | Service Charge | | 2600-000 | | $50.95 | $41,320.09 |
| 10/07/2021 | | Debtor VapeWild Franchising, LLC | Pursuant to Order DN 24 substantively consolidating associated cases into this lead case Funds were bank account turnover | | * | $992.63 | | $42,312.72 |
| | {14} | | Pursuant to Order DN 24 substantively consolidating associated cases into this lead case | $1,000.00 | 1129-000 | | | $42,312.72 |
| | | | Allegiance Bank - Bank Services Fees deducted while the funds were in Vapewild Franchising, LLC estate account. | $(7.37) | 2600-000 | | | $42,312.72 |

| | | | **SUBTOTALS** | | $42,670.69 | $357.97 | |

FORM 2

Page No: 2        Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 20-33048-SGJ | |
| Case Name: | VAPEWILD WHOLESALE, LLC | |
| Primary Taxpayer ID #: | **-***9064 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/15/2020 | |
| For Period Ending: | 1/30/2024 | |

| | | |
|---|---|---|
| Trustee Name: | Scott M. Seidel | |
| Bank Name: | Allegiance Bank | |
| Checking Acct #: | ******2272 | |
| Account Title: | | |
| Blanket bond (per case limit): | $300,000.00 | |
| Separate bond (if applicable): | $640,000.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/07/2021 | | Vapewild, LLC | Pursuant to Order DN32 substantively consolidating associated cases into this lead case.  Funds are sale funds pursuant to Motion to Sell | * | $597,494.17 | | $639,806.89 |
| | {15} | | Pursuant to Order DN 24 substantively consolidating associated cases into this lead case $290,870.28 | 1129-000 | | | $639,806.89 |
| | {10} | | Pursuant to Order DN 24 substantively consolidating associated cases into this lead case $336,401.31 | 1129-000 | | | $639,806.89 |
| | | | Rosen Systems, Inc. - auctioneer expenses $(25,263.92) | 3620-000 | | | $639,806.89 |
| | | | Allegence Bank - Bank Service fees deducted while the funds were in the Vapewild, LLC estate account $(4,513.50) | 2600-000 | | | $639,806.89 |
| 10/07/2021 | 1001 | PREF 4550 Excel Parkway, LP | Pursuant to court Order DN 49 | 2410-000 | | $70,000.00 | $569,806.89 |
| 10/07/2021 | 1002 | Midway Mills, LLC | Pursuant to court Order DN 50 | 2410-000 | | $6,800.00 | $563,006.89 |
| 10/29/2021 | | Allegiance Bank | Service Charge | 2600-000 | | $582.46 | $562,424.43 |
| 11/30/2021 | | Allegiance Bank | Service Charge | 2600-000 | | $692.63 | $561,731.80 |
| 01/31/2022 | | Allegiance Bank | Service Charge | 2600-000 | | $715.63 | $561,016.17 |
| 02/28/2022 | | Allegiance Bank | Service Charge | 2600-000 | | $643.25 | $560,372.92 |
| 03/03/2022 | 1003 | George Adams & Co. Ins. Agency, LLC | bond payment.  Invoice 7943 | 2300-000 | | $960.00 | $559,412.92 |
| 03/03/2022 | 1004 | George Adams & Co. Ins. Agency, LLC | Bond payment for invoice 6759 | 2300-000 | | $945.00 | $558,467.92 |
| 03/31/2022 | | Allegiance Bank | Service Charge | 2600-000 | | $712.69 | $557,755.23 |
| 04/29/2022 | | Allegiance Bank | Service Charge | 2600-000 | | $663.19 | $557,092.04 |
| 05/31/2022 | | Allegiance Bank | Service Charge | 2600-000 | | $709.72 | $556,382.32 |
| 06/24/2022 | | Allegiance Bank | Transfer Funds | 9999-000 | | $556,382.32 | $0.00 |
| | | | **SUBTOTALS** | | $597,494.17 | $639,806.89 | |

Page No: 3

Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 20-33048-SGJ | Trustee Name: | Scott M. Seidel |
|---|---|---|---|
| Case Name: | VAPEWILD WHOLESALE, LLC | Bank Name: | Allegiance Bank |
| Primary Taxpayer ID #: | **-***9064 | Checking Acct #: | ******2272 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/15/2020 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 1/30/2024 | Separate bond (if applicable): | $640,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $640,164.86 | $640,164.86 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $556,382.32 | |
| | | | **Subtotal** | | $640,164.86 | $83,782.54 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $640,164.86 | $83,782.54 | |

| For the period of 12/15/2020 to 1/30/2024 | | For the entire history of the account between 12/18/2020 to 1/30/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $669,949.65 | Total Compensable Receipts: | $669,949.65 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $669,949.65 | Total Comp/Non Comp Receipts: | $669,949.65 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $113,567.33 | Total Compensable Disbursements: | $113,567.33 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $113,567.33 | Total Comp/Non Comp Disbursements: | $113,567.33 |
| Total Internal/Transfer Disbursements: | $556,382.32 | Total Internal/Transfer Disbursements: | $556,382.32 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4          Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No. | 20-33048-SGJ | | | Trustee Name: | Scott M. Seidel | |
| Case Name: | VAPEWILD WHOLESALE, LLC | | | Bank Name: | Pinnacle Bank | |
| Primary Taxpayer ID #: | **-***9064 | | | Checking Acct #: | ******0006 | |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA | |
| For Period Beginning: | 12/15/2020 | | | Blanket bond (per case limit): | $300,000.00 | |
| For Period Ending: | 1/30/2024 | | | Separate bond (if applicable): | $640,000.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/24/2022 | | Pinnacle Bank | Transfer Funds | 9999-000 | $556,382.32 | | $556,382.32 |
| 07/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $827.00 | $555,555.32 |
| 08/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $825.77 | $554,729.55 |
| 01/05/2023 | 5001 | Texas Comptroller of Public Accounts | pursuant to Agreed Order DN 70 | 4800-000 | | $6,012.30 | $548,717.25 |
| 01/05/2023 | 5002 | Dallas County c/o Linebarger, Goggan et al | Pursuant to Agreed Order DN 69 | 4800-000 | | $17,148.29 | $531,568.96 |
| 02/14/2023 | 5003 | George Adams & Company Ins. Agency, LLC | Bond Invoice 9161 for policy #7901031372 | 2300-000 | | $480.00 | $531,088.96 |
| 08/14/2023 | 5004 | George Adams and Company Ins. Agency | Invoice 9559 p | 2300-000 | | $480.00 | $530,608.96 |
| 11/21/2023 | 5005 | SEIDEL LAW FIRM | attorney fees pursuant to Order DN 84 | 3110-000 | | $38,732.00 | $491,876.96 |
| 11/21/2023 | 5006 | SEIDEL LAW FIRM | attorney fees pursuant to Order DN 84 | 3120-000 | | $2,470.27 | $489,406.69 |

| | | | | |
|---|---|---|---|---|
| | **TOTALS:** | $556,382.32 | $66,975.63 | $489,406.69 |
| | **Less: Bank transfers/CDs** | $556,382.32 | $0.00 | |
| | **Subtotal** | $0.00 | $66,975.63 | |
| | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | **Net** | $0.00 | $66,975.63 | |

| For the period of 12/15/2020 to 1/30/2024 | | For the entire history of the account between 06/24/2022 to 1/30/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $556,382.32 | Total Internal/Transfer Receipts: | $556,382.32 |
| | | | |
| Total Compensable Disbursements: | $66,975.63 | Total Compensable Disbursements: | $66,975.63 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $66,975.63 | Total Comp/Non Comp Disbursements: | $66,975.63 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5          Exhibit B

| Case No. | 20-33048-SGJ | Trustee Name: | Scott M. Seidel |
|---|---|---|---|
| Case Name: | VAPEWILD WHOLESALE, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9064 | Checking Acct #: | ******0006 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 12/15/2020 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 1/30/2024 | Separate bond (if applicable): | $640,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $640,164.86 | $150,758.17 | $489,406.69 |

| For the period of 12/15/2020 to 1/30/2024 | | For the entire history of the case between 12/15/2020 to 1/30/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $669,949.65 | Total Compensable Receipts: | $669,949.65 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $669,949.65 | Total Comp/Non Comp Receipts: | $669,949.65 |
| Total Internal/Transfer Receipts: | $556,382.32 | Total Internal/Transfer Receipts: | $556,382.32 |
| | | | |
| Total Compensable Disbursements: | $180,542.96 | Total Compensable Disbursements: | $180,542.96 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $180,542.96 | Total Comp/Non Comp Disbursements: | $180,542.96 |
| Total Internal/Transfer Disbursements: | $556,382.32 | Total Internal/Transfer Disbursements: | $556,382.32 |

/s/ SCOTT M. SEIDEL

SCOTT M. SEIDEL

CLAIM ANALYSIS REPORT                                                                    Page No: 1                    Exhibit C

| Case No.: | 20-33048-SGJ | | | | | | | | Trustee Name: | Scott M. Seidel | |
| Case Name: | VAPEWILD WHOLESALE, LLC | | | | | | | | Date: | 1/30/2024 | |
| Claims Bar Date: | 04/14/2021 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SCOTT M. SEIDEL<br><br>6505 West Park Blvd., Suite 306<br>Plano TX | 10/07/2021 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $1,932.11 | $1,932.11 | $0.00 | $0.00 | $0.00 | $1,932.11 |
| | 4550 EXCEL PARKWAY, LP<br><br>c/o Pillar Commercial<br>900 West Bethany Drive<br>Suite 110<br>Allen TX 75013 | 10/07/2021 | Admin. Rent (post-petition storage fees, leases, etc.) | Allowed | 2410-000 | $0.00 | $108,138.63 | $70,000.00 | $70,000.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**    Application for Administrative Expense Claim DN 30
Motion to Compromise Controversy DN 38
Claim filed on Docket #30, withdrawn as satisfied
Order granting Compromise DN 49
landlord retained $52,000 security deposit pursuant to Order DN 49

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MIDWAY MILLS, LLC<br><br>c/o Abernathy, Roeder, Boyd & Hullett, PC<br>1700 Redbud Blvd.<br>Suite 300<br>McKinney TX 75069 | 10/07/2021 | Admin. Rent (post-petition storage fees, leases, etc.) | Allowed | 2410-000 | $0.00 | $0.00 | $6,800.00 | $6,800.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**    Motion to Compromise Controversy DN 38
Order granting Compromise DN 50
Landlord retained security deposit of $3300.00 pursuant to Order DN 50

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SCOTT M. SEIDEL<br><br>6505 West Park Blvd., Suite 306<br>Plano TX | 09/30/2022 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $36,747.48 | $36,747.48 | $0.00 | $0.00 | $0.00 | $36,747.48 |
| | SEIDEL LAW FIRM<br><br>6505 West Park Boulevard, Suit<br>Plano TX 75093 | 05/15/2023 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $38,732.00 | $38,732.00 | $38,732.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**    First Application DN  77
Order granting Application DN 84

CLAIM ANALYSIS REPORT    Page No: 2    Exhibit C

| Case No.: | 20-33048-SGJ | | | | | Trustee Name: | Scott M. Seidel | |
| Case Name: | VAPEWILD WHOLESALE, LLC | | | | | Date: | 1/30/2024 | |
| Claims Bar Date: | 04/14/2021 | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SEIDEL LAW FIRM<br><br>6505 West Park Boulevard, Suit<br>Plano TX 75093 | 05/15/2023 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $2,470.27 | $2,470.27 | $2,470.27 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**    First  Application DN  77
    Order granting Application DN  84

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ULINE<br><br>12575 Uline Drive<br>Pleasant Prairie WI 53158 | 01/26/2024 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,022.40 | $4,022.40 | $0.00 | $0.00 | $0.00 | $4,022.40 |
| 2 | LEVEL 3 COMMUNICATIONS, LLC<br>Attn:  Legal, Bankruptcy<br>1025 Eldorado Blvd<br>Broomfield CO 80021 | 03/01/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,887.40 | $2,887.40 | $0.00 | $0.00 | $0.00 | $2,887.40 |
| 3 | MIDWAY MILLS, LLC<br><br>Abernathy, Roeder, Boyd & Hullett, P.C.<br>1700 Redbud Blvd., Suite 300<br>McKinney TX 75069 | 04/05/2021 | General Unsecured § 726(a)(2) | Amended | 7100-000 | $0.00 | $42,882.80 | $42,882.80 | $0.00 | $0.00 | $0.00 | $42,882.80 |

**Claim Notes:**    Additionally filed in VAPEWILD RETAIL OPERATIONS, LLC
    Case No. 20-33051-sgj-7
    Claim No. 8 which will be considered a DUPLICATE of this claim and thus only the claim filed in 20-33048 will stand

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3A | MIDWAY MILLS, LLC<br><br>Abernathy, Roeder, Boyd & Hullett, P.C.<br>1700 Redbud Blvd., Suite 300<br>McKinney TX 75069 | 04/05/2021 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Amended | 4110-000 | $0.00 | $42,882.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**    Claim amended November 10, 2021
    Secured portion resolved via compromise DN

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | TPB BEAST, LLC<br><br>5201 Interchange Way<br>Louisville KY 40229 | 04/09/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $16,610.63 | $16,610.63 | $0.00 | $0.00 | $0.00 | $16,610.63 |

CLAIM ANALYSIS REPORT                                                                                    Page No: 3                    Exhibit C

| Case No. | 20-33048-SGJ | | | | | | | | Trustee Name: | Scott M. Seidel | |
| Case Name: | VAPEWILD WHOLESALE, LLC | | | | | | | | Date: | 1/30/2024 | |
| Claims Bar Date: | 04/14/2021 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | CINTAS CORPORATION D/B/A CINTAS LOCATION NO. 487 c/o Jason V. Stitt Keating Muething & Klekamp PLL One East 4th Street, Suite 1400 Cincinnati OH 45202 | 04/14/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,867.44 | $1,867.44 | $0.00 | $0.00 | $0.00 | $1,867.44 |
| 6 | 4550 EXCEL PARKWAY, LP c/o Michelle E. Shriro Singer & Levick, PC 16200 Addison Road, Suite 140 Addison TX 75001 | 04/14/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $866,672.92 | $866,672.92 | $0.00 | $0.00 | $0.00 | $866,672.92 |

**Claim Notes:** (6-1) Lease Agreement / Rejection of Lease

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | MIDWAY MILLS, LLC Abernathy, Roeder, Boyd & Hullett, P.C. 1700 Redbud Blvd., Suite 300 McKinney TX 75069 | 11/10/2021 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Withdrawn | 4110-000 | $0.00 | $42,882.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Claim withdrawn November 10. 2021
Docket number 7

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 850 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS Office of Atty General Bankruptcy & Collections Division,  MC-008 P. O. Box 12548 Austin TX 78711-2548 | 09/30/2022 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $6,012.30 | $6,012.30 | $6,012.30 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Filed in VAPEWILD HOLDINGS, LLC
Case No. 20-33050-sgj-7
for Franchise Taxes
Obj DN 65 to allow only as priority tax claim NOT administrative claim
Agreed Order DN 70

CLAIM ANALYSIS REPORT                                                                    Page No: 4    Exhibit C

| Case No. | 20-33048-SGJ | | | | | Trustee Name: | Scott M. Seidel | | | | |
| Case Name: | VAPEWILD WHOLESALE, LLC | | | | | Date: | 1/30/2024 | | | | |
| Claims Bar Date: | 04/14/2021 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 951 | PLANO ISD<br><br>c/o Perdue Brandon Fielder, et al<br>1919 S. Shiloh Road, Suite 310, LB 40<br>Garland TX 75042 | 09/30/2022 | Certain State and Local Tax Liens § 724(b) | Allowed | 4800-070 | $0.00 | $531.75 | $531.75 | $0.00 | $0.00 | $0.00 | $531.75 |

**Claim Notes:** Originally filed in VAPEWILD RETAIL OPERATIONS, LLC
Case No. 20-33051-sgj-7
Claim # 1
Ad valorem property taxes 2020

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1051 | TEXAS WORKFORCE COMMISSION, REGULATORY INTEGRITY DIVISION -SAU<br>Attn: Rick Diaz<br>101 E. 15th Street, Room 556<br>Austin TX 78778-0001 | 09/30/2022 | State and Local Tax Liens (pre-pet. income, sales, pers. prop. - not real prop.) | Allowed | 4800-000 | $0.00 | $1,010.38 | $1,010.38 | $0.00 | $0.00 | $0.00 | $1,010.38 |

**Claim Notes:** Originally filed in VAPEWILD RETAIL OPERATIONS, LLC
Case No. 20-33051-sgj-7
Claim No. 2

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1151 | CYPRESS-FAIRBANKS ISD<br><br>10494 Jones Road<br>Room 106<br>Houston TX 77065 | 09/30/2022 | State and Local Tax Liens (pre-pet. income, sales, pers. prop. - not real prop.) | Allowed | 4800-000 | $0.00 | $317.79 | $317.79 | $0.00 | $0.00 | $0.00 | $317.79 |

**Claim Notes:** Originally filed in VAPEWILD RETAIL OPERATIONS, LLC
Case No. 20-33051-sgj-7
Claim No. 3
2020 tax

CLAIM ANALYSIS REPORT

Exhibit C

| Case No. | 20-33048-SGJ | | | Trustee Name: | Scott M. Seidel |
| Case Name: | VAPEWILD WHOLESALE, LLC | | | Date: | 1/30/2024 |
| Claims Bar Date: | 04/14/2021 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 124 | HARRIS COUNTY, ET AL<br><br>P. O. Box 3547<br>Houston TX 77253-3547 | 09/30/2020 | State and Local Tax Liens (pre-pet. income, sales, pers. prop. - not real prop.) | Allowed | 4800-000 | $0.00 | $180.87 | $180.87 | $0.00 | $0.00 | $0.00 | $180.87 |
| **Claim Notes:** | Originally filed in VAPEWILD RETAIL OPERATIONS, LLC<br>Case No. 20-33051-sgj-7<br>Claim No. 4<br>tax year 2020 | | | | | | | | | | | |
| 1351 | JOHN P AND HARRIET P. TOALE<br>P. O. Box 4214<br>Sarasota FL 34230-4214 | 09/30/2022 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $26,510.88 | $26,510.88 | $0.00 | $0.00 | $0.00 | $26,510.88 |
| **Claim Notes:** | Originally filed in VAPEWILD RETAIL OPERATIONS, LLC<br>Case No. 20-33051-sgj-7<br>Claim No. 5<br>former lease agreement | | | | | | | | | | | |
| 1451 | AMYS PLUMBING CORP<br><br>P. O. Box 120548<br>Fort Lauderdale FL 33312-0010 | 09/30/2022 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $115.00 | $115.00 | $0.00 | $0.00 | $0.00 | $115.00 |
| **Claim Notes:** | Originally filed in VAPEWILD RETAIL OPERATIONS, LLC<br>Case No. 20-33051-sgj-7<br>Claim No. 6 | | | | | | | | | | | |
| 1551 | SURF & TURF LAWN CARE & MAINTENANCE<br>1099 Bay Harbor Drive<br>Englewood FL 34424-3442 | 09/30/2022 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $500.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| **Claim Notes:** | Originally filed in VAPEWILD RETAIL OPERATIONS, LLC<br>Case No. 20-33051-sgj-7<br>Claim No. 7 | | | | | | | | | | | |
| 1651 | KENDRICK PROPERTIES, INC.<br>2363 Reagan Street<br>Suite 100<br>Dallas TX 75219 | 09/30/2022 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $42,585.42 | $42,585.42 | $0.00 | $0.00 | $0.00 | $42,585.42 |
| **Claim Notes:** | Originally filed in VAPEWILD RETAIL OPERATIONS, LLC<br>Case No. 20-33051-sgj-7<br>Claim No. 10<br>lease rejection | | | | | | | | | | | |

CLAIM ANALYSIS REPORT

| Case No. | 20-33048-SGJ | | | Trustee Name: | Scott M. Seidel |
| Case Name: | VAPEWILD WHOLESALE, LLC | | | Date: | 1/30/2024 |
| Claims Bar Date: | 04/14/2021 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1751 | DALLAS COUNTY C/O LINEBARGER GOGGAN ET AL<br><br>2777 N. Stemmons Freeway Suite 1000 Dallas TX 75207 | 09/30/2022 | State and Local Tax Liens (pre-pet. income, sales, pers. prop. - not real prop.) | Allowed | 4800-000 | $0.00 | $311.84 | $311.84 | $0.00 | $0.00 | $0.00 | $311.84 |

**Claim Notes:** Originally filed in VAPEWILD RETAIL OPERATIONS, LLC
Case No. 20-33051-sgj-7
Claim No.  11
Ad valorem taxes 2020

| 1851 | TEXAS COMPTROLLER OF PUBLIC ACCTS Revenue Acct. Div. Bankruptcy P. O. Box 13528 Austin TX 78711 | 09/30/2022 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $807.24 | $807.24 | $0.00 | $0.00 | $0.00 | $807.24 |

**Claim Notes:** Originally filed in VAPEWILD RETAIL OPERATIONS, LLC
Case No. 20-33051-sgj-7
Claim No.  12
Sales and use tax  2020, estimated Nov and Dec

| 1951 | OFFICE OF THE ATTY GENERAL<br><br>Bankruptcy & Collections Div MC-008 P. O. Box  12548 Austin TX 78711-2548 | 09/30/2022 | State and Local Tax Liens (pre-pet. income, sales, pers. prop. - not real prop.) | Disallowed | 4800-000 | $0.00 | $6,028.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Originally filed in VAPEWILD RETAIL OPERATIONS, LLC
Case No. 20-33051-sgj-7
Claim No.  13
Affiliate Franchise tax
Obj DN 65 for duplicate and filed as administrative claim
Agreed Order DN 70

CLAIM ANALYSIS REPORT                                                                              Exhibit C

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Case No.** | 20-33048-SGJ | | | | | | **Trustee Name:** | | Scott M. Seidel | | | |
| **Case Name:** | VAPEWILD WHOLESALE, LLC | | | | | | **Date:** | | 1/30/2024 | | | |
| **Claims Bar Date:** | 04/14/2021 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2053 | SPECTRE CAPITAL, LLC<br><br>1139 Timplemore Dr<br>Dallas TX 75218-7521 | 09/30/2022 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,365.24 | $4,365.24 | $0.00 | $0.00 | $0.00 | $4,365.24 |

**Claim Notes:**  Originally filed in VAPEWILD, LLC
Case No. 20-33053-sgj-7
Claim No. 1 and 2
Creditor filed a duplicate of this claim as claim number 2.  Duplicate claim 2 will be disallowed

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2153 | DALLAS COUNTY C/O LINEBARGER, GOGGAN ET AL<br><br>2777 North Stemmons Frwy<br>Suite 1000<br>Dallas TX 75207 | 09/30/2022 | State and Local Tax Liens (pre-pet. income, sales, pers. prop. - not real prop.) | Allowed | 4800-000 | $0.00 | $49,797.07 | $17,148.29 | $17,148.29 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**  Originally filed in VAPEWILD, LLC
Case No. 20-33053-sgj-7
Claim No.  3
Ad valorem taxes 2021 estimated
Objection to Claim DN 63
Agreed Order DN 69

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $1,347,803.83 | $1,192,022.45 | $141,162.86 | $0.00 | $0.00 | $1,050,859.59 |

CLAIM ANALYSIS REPORT                                                                    Page No: 8                    Exhibit C

| | | | | |
|---|---|---|---|
| **Case No.** | 20-33048-SGJ | **Trustee Name:** | Scott M. Seidel |
| **Case Name:** | VAPEWILD WHOLESALE, LLC | **Date:** | 1/30/2024 |
| **Claims Bar Date:** | 04/14/2021 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Admin. Rent (post-petition storage fees, leases, etc.) | $108,138.63 | $76,800.00 | $76,800.00 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $2,470.27 | $2,470.27 | $2,470.27 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Trustee Firm) | $38,732.00 | $38,732.00 | $38,732.00 | $0.00 | $0.00 | $0.00 |
| Certain State and Local Tax Liens § 724(b) | $531.75 | $531.75 | $0.00 | $0.00 | $0.00 | $531.75 |
| Claims of Governmental Units | $6,819.54 | $6,819.54 | $6,012.30 | $0.00 | $0.00 | $807.24 |
| General Unsecured § 726(a)(2) | $1,009,020.13 | $1,009,020.13 | $0.00 | $0.00 | $0.00 | $1,009,020.13 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $85,765.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| State and Local Tax Liens (pre-pet. income, sales, pers. prop. - not real prop.) | $57,646.32 | $18,969.17 | $17,148.29 | $0.00 | $0.00 | $1,820.88 |
| Trustee Compensation | $36,747.48 | $36,747.48 | $0.00 | $0.00 | $0.00 | $36,747.48 |
| Trustee Expenses | $1,932.11 | $1,932.11 | $0.00 | $0.00 | $0.00 | $1,932.11 |

Exhibit D

### TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       20-33048-sgj-7
Case Name:      VAPEWILD WHOLESALE, LLC, et. al.
Trustee Name:   Scott M. Seidel

Balance on hand:                    $489,406.69

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3A | MIDWAY MILLS, LLC | $42,882.80 | $0.00 | $0.00 | $0.00 |
| 951 | Plano ISD | $531.75 | $531.75 | $0.00 | $531.75 |
| 1051 | TEXAS WORKFORCE COMMISSION, Regulatory Integrity Division -SAU | $1,010.38 | $1,010.38 | $0.00 | $1,010.38 |
| 1151 | Cypress-Fairbanks ISD | $317.79 | $317.79 | $0.00 | $317.79 |
| 124 | Harris County, et al | $180.87 | $180.87 | $0.00 | $180.87 |
| 1751 | Dallas County c/o Linebarger Goggan et al | $311.84 | $311.84 | $0.00 | $311.84 |
| 2153 | Dallas County c/o Linebarger, Goggan et al | $49,797.07 | $17,148.29 | $17,148.29 | $0.00 |

Total to be paid to secured creditors:        $2,352.63
Remaining balance:        $487,054.06

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Scott M. Seidel, Trustee Fees | $36,747.48 | $0.00 | $36,747.48 |
| Scott M. Seidel, Trustee Expenses | $1,932.11 | $0.00 | $1,932.11 |
| SEIDEL LAW FIRM, Attorney for Trustee Fees | $38,732.00 | $38,732.00 | $0.00 |
| SEIDEL LAW FIRM, Attorney for Trustee | $2,470.27 | $2,470.27 | $0.00 |

UST Form 101-7-TFR (5/1/2011)

| Expenses | | | |
|---|---|---|---|
| Rosen Systems, Inc. - auctioneer expenses, Auctioneer for Trustee Expenses | $25,263.92 | $25,263.92 | $0.00 |

Total to be paid for chapter 7 administrative expenses:   $38,679.59
Remaining balance:   $448,374.47

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:   $0.00
Remaining balance:   $448,374.47

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,819.54 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 850 | Texas Comptroller of Public Accounts | $6,012.30 | $6,012.30 | $0.00 |
| 1851 | Texas Comptroller of Public Accts | $807.24 | $0.00 | $807.24 |

Total to be paid to priority claims:   $807.24
Remaining balance:   $447,567.23

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,009,020.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 44.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Uline | $4,022.40 | $0.00 | $1,784.20 |
| 2 | Level 3 Communications, LLC | $2,887.40 | $0.00 | $1,280.75 |
| 3 | MIDWAY MILLS, LLC | $42,882.80 | $0.00 | $19,021.36 |

| 4 | TPB Beast, LLC | $16,610.63 | $0.00 | $7,367.91 |
| 5 | Cintas Corporation d/b/a Cintas Location No. 487 | $1,867.44 | $0.00 | $828.33 |
| 6 | 4550 Excel Parkway, LP | $866,672.92 | $0.00 | $384,426.82 |
| 1351 | John P and Harriet P. Toale | $26,510.88 | $0.00 | $11,759.34 |
| 1451 | Amys Plumbing Corp | $115.00 | $0.00 | $51.01 |
| 1551 | Surf & Turf Lawn Care & Maintenance | $500.00 | $0.00 | $221.78 |
| 1651 | Kendrick Properties, Inc. | $42,585.42 | $0.00 | $18,889.45 |
| 2053 | Spectre Capital, LLC | $4,365.24 | $0.00 | $1,936.28 |

Total to be paid to timely general unsecured claims: $447,567.23
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00